**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| LESLIE RANKINS, | CASE NO. 8:18-cv-01483-GJH |
| Plaintiff, | Judge: Hon. George J. Hazel |
| vs. | |
| WELLS FARGO BANK, N.A. | |
| Defendant. | |

## DEFENDANT WELLS FARGO BANK, N.A.'S STATEMENT REGARDING THE COURT'S STANDING ORDER CONCERNING REMOVAL

Pursuant to the Court's Standing Order Concerning Removal filed May 24, 2018 ("Order"), Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby responds to the Order within fourteen (14) calendar days of its filing of the Notice of Removal on May 23, 2018.

1. Wells Fargo was served with a copy of the summons and complaint for the action commenced in the Circuit Court for Charles County, Maryland, case number C-08-CV-18-00399, on April 27, 2018.

2. This matter was removed to this Court predicated on federal question jurisdiction, not diversity jurisdiction.

3. This matter was not removed to this Court more than thirty (30) days after Wells Fargo was first served with a copy of the summons and complaint.

4. This matter was removed to this Court predicated on federal question jurisdiction, not diversity jurisdiction.

5. Wells Fargo is the only defendant in this matter at this time. As such, there are no other defendants who could have joined in Wells Fargo's Notice of Removal.

1

Please take notice that to the best of Wells Fargo's understanding, counsel of record for Plaintiff, Ingmar Bancroft Goldson, was served a copy of the Order electronically through this Court's CM/ECF on May 24, 2018.

Please take notice that Wells Fargo filed a disclosure as described in Local Rule 103.3 (D. Md.) at the time it filed its Notice of Removal on May 23, 2018.

Respectfully submitted this 6th day of June, 2018.

> */s/ Joshua Anderson*
> Hillary Colonna (Bar No. 19704)
> WOMBLE BOND DICKINSON (US) LLP
> 100 Light Street, 26th Floor
> Baltimore, Maryland 21202
> Telephone: (410) 545-5800
> Facsimile: (410) 545-5801
> hillary.colonna@wbd-us.com
>
> Eric J. Troutman, Trial Attorney*
> Joshua Anderson, Trial Attorney*
> 3200 Park Center Drive, Suite 700
> Costa Mesa, California 92626
> Telephone: (714) 557-3800
> Facsimile:  (714) 557-3347
> *pro hac vice*
> eric.troutman@wbd-us.com
> joshua.anderson@wbd-us.com
>
> *Attorneys for Defendant*
> *Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 6th day of June, 2018, I have served a copy of the foregoing document **DEFENDANT WELLS FARGO BANK, N.A.'S STATEMENT REGARDING THE COURT'S STANDING ORDER CONCERNING REMOVAL** via the Court's CM/ECF system on the following:

Ingmar Goldson, Esq.
The Goldson Law Office, LLC
1734 Elton Road, Suite 210
Silver Springs, MD 20903
Telephone No.: (240) 780 8829
Facsimile No.: (877) 397-0707
igoldson@goldsonlawoffice.com

*Attorneys for Plaintiff*
*Leslie Rankins*

                          */s/ Joshua Anderson*
                          Joshua Anderson