**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| LESLIE RANKINS,<br><br>     Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.<br><br>     Defendant. | CASE NO. 8:18-cv-01483-GJH<br><br>Judge: Hon. George J. Hazel |

## ORDER GRANTING JOINT STIPUALTION TO ARBITRATE CLAIMS AND STAY ACTION

Pursuant to the Stipulation to Arbitrate Claims and Stay Action between Plaintiff Leslie Rankins ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (Plaintiff and Wells Fargo shall collectively be referred to as the "Parties"), and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that:

1. The proceedings in the above-captioned matter are stayed pending arbitration of this matter;

2. The arbitration shall be initiated by Plaintiff and conducted through the American Arbitration Association ("AAA"); and,

3. Pursuant to the above-mentioned Stipulation to Arbitrate Claims and Stay Action, nothing in that stipulation will be construed to waive rights afforded to the Parties under the Federal Arbitration Act and/or the applicable state and federal laws.

**IT IS SO ORDERED.**

DATED: September 7, 2018

/S/
U.S. District Court Judge
George J. Hazel